FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0610

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0610

_____

360 RECLAIM, LLC, a Montana limited
liability company,

        Plaintiff and Appellant,

   v.

WILLIAM M. RUSSELL, and individual, and
MOUNTAIN VIEW INVESTMENTS, L.C.,
an Idaho limited liability company,

        Defendants and Appellees.

_____

WILLIAM M. RUSSELL,

        Plaintiff and Appellee,

   v.

360 RECLAIM, LLC, a Montana limited
liability company,

        Defendant, Counter-Plaintiff,
        Third-Party Plaintiff, and Appellant,

   v.

WILLIAM M. RUSSELL,

        Counter-Defendant and Appellee,

   and

U.S. TREASURY by and through the
INTERNAL REVENUE SERVICE,

        Third-Party Defendant.

_____

O R D E R

Appellee William M. Russell, representing himself, filed his response brief on February 18, 2025. Rules 10 through 13 of the Montana Rules of Appellate Procedure set forth the requirements for filing appellate briefs. Rule 10(2) requires a party to serve copies of their brief "on all other parties to the appeal or review." Rule 10(3) requires that service be made "personally or by mail," but parties may stipulate to service by other methods. Rule 10(4) requires a party to attach "a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served." Taken as a whole, these rules ensure that all parties receive prompt notice of all filings on appeal.

Russell's response brief contains a certificate of service stating that he served all other parties "via email," but does not reflect the email addresses for the parties he alleges he served, nor does it confirm that the other parties stipulated to service by email.

IT IS ORDERED that within ten (10) days of the date of this Order Russell shall file with the Clerk of this Court a revised certificate of service confirming that the parties have stipulated to service by email and reflecting the email addresses to which Russell accomplished service of his brief;

IT IS ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised certificate of service.

The Clerk is directed to provide a true copy of this Order to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
February 18 2025